UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM, Plaintiffs, | ) ) ) ) |
| v. | ) 05 - 11692 WGY ) |
| TEDESCHI FOOD SHOPS, INC. and JOSEPH GREEN, Defendants. | ) ) ) ) |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, Tedeschi Food Shops, Inc., in the above-entitled action.

TEDESCHI FOOD SHOPS, INC.
By its attorneys,

*[signature]*
Lori A. Jodoin BBO # 655840
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA 02108
(617) 367-2500

Dated: August 16, 2005

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY (MAIL)/HAND ON 8/16/05
*[signature]*

377269v.1