UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-11692WGY CIVIL ACTION NO.

---

ABU MUSA and MOHAMMED S. ISLAM, )
        Plaintiffs, )
)
v. )
)
TEDESCHI FOOD SHOPS, INC. and )
JOSEPH GREEN, )
        Defendants. )

---

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, Tedeschi Food Shops, Inc., in the above-entitled action.

        TEDESCHI FOOD SHOPS, INC.
        By its attorney,

        _____
        Gary M. Feldman BBO #162070
        **DAVIS, MALM & D'AGOSTINE, P.C.**
        One Boston Place
        Boston, MA 02108
        (617) 367-2500

Dated: August 16, 2005

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 8/16/05

377272v.1