UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

| | |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>TEDESCHI FOOD SHOPS, INC. and<br>JOSEPH GREEN,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Answer and Jury Demand of Defendant Tedeschi Food Shops, Inc. on Leslie B. Greer, Esquire by first class mail on this 22nd day of August 2005.

　　　　　　　　　　　　　　　　　　/s/ Gary M. Feldman

378041v.1