UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

_____
                                            )
ABU MUSA and MOHAMMED S. ISLAM,             )
                    Plaintiffs,             )
                                            )
v.                                          )
                                            )
TEDESCHI FOOD SHOPS, INC. and               )
JOSEPH GREEN,                               )
                    Defendants.             )
_____)

### JURY DEMAND OF DEFENDANT TEDESCHI FOOD SHOPS, INC.

The defendant, Tedeschi Food Shops, Inc., pursuant to the provisions of Fed.R.Civ.P. 38, hereby demands a trial by jury on all claims and issues so triable.

**TEDESCHI FOOD SHOPS, INC.**
By its attorneys,


 /s/ Gary M. Feldman
Gary M. Feldman
BBO # 162070
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA  02108
(617) 367-2500

Dated:  August 23, 2005

377228v.1