UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

| | |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM,<br>                       Plaintiffs,<br><br>v.<br><br>TEDESCHI FOOD SHOPS, INC. and<br>JOSEPH GREEN,<br>                       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the Jury Demand of Defendant Tedeschi Food Shops, Inc. on Leslie B. Greer, Esquire by first class mail on this 23nd day of August 2005.


                                                        /s/ Gary M. Feldman