UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

_____
                                        )
ABU MUSA and MOHAMMED S. ISLAM,         )
             Plaintiffs,                )
                                        )
v.                                      )
                                        )
TEDESCHI FOOD SHOPS, INC. and           )
JOSEPH GREEN,                           )
             Defendants.                )
_____  )

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT TEDESCHI FOOD SHOPS, INC.

The defendant, Tedeschi Food Shops, Inc., through counsel, pursuant to the provisions of Local Rule 7.3, states that there is no parent corporation or publicly held company that owns 10% or more of the party's stock.

                              **TEDESCHI FOOD SHOPS, INC.**
                              By its attorneys,

                               /s/ Gary M. Feldman
                              Gary M. Feldman
                              BBO # 162070
                              **DAVIS, MALM & D'AGOSTINE, P.C.**
                              One Boston Place
                              Boston, MA  02108
                              (617) 367-2500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Corporate Disclosure Statement of Defendant Tedeschi Food Shops, Inc. on Leslie B. Greer, Esquire by first class mail on this 8th day of September 2005.

                               /s/ Gary M. Feldman

Dated:  September 8, 2005

379561v.1