UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

|  |  |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM,<br>         Plaintiffs,<br><br>v.<br><br>TEDESCHI FOOD SHOPS, INC. and<br>JOSEPH GREEN,<br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT UNDER LOCAL RULE 16.1(D)(1)**

The parties hereby submit their joint statement pursuant to Local Rule 16.1(D)(1).

I.  PROPOSED SCHEDULING CONFERENCE AGENDA

Establishment of a pre-trial schedule including discovery, motions, identifying initial depositions and establishing a phased deposition schedule.

II. JOINT DISCOVERY PLAN (RULE 16.1 (D)(1) AND MOTION SCHEDULE

The parties proposed the following Discovery Schedule:

(1) Rule 26 Initial Disclosures served by October 31, 2005.

(2) Interrogatories and Document Requests served by December 1, 2005.

(3) Interrogatories and Document Requests answered by January 16, 2006.

(4) Requests for Admissions served by and depositions and fact discovery completed by July 16, 2006.

(5) Motion for Summary Judgment filed by and Plaintiffs' expert designated by August 16, 2006.

(6) Opposition to Summary Judgment Motion filed by and Defendants' expert designated by September 16, 2006.

(7) Expert depositions completed by October 16, 2006.

III.  **MAGISTRATE JUDGE**

Neither party consents to trial by magistrate judge.

IV.  **CERTIFICATION RULE 16.1(D)**

The parties by their respective counsel of record hereby certify that they have conferred regarding establishing a budget for the costs of conducting the full course of various alternative courses of litigation, and that they have conferred regarding the resolution of the litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM | TEDESCHI FOOD SHOPS, INC. |
| By their attorney, | By its attorneys, |
| /s/ Leslie Greer | /s/ Gary M. Feldman |
| Leslie B. Greer BBO # 210700 | Gary M. Feldman BBO # 162070 |
| 875 Massachusetts Avenue, Suite 31-33 | Lori A. Jodoin BBO # 655840 |
| Cambridge, MA 02139 | **DAVIS, MALM & D'AGOSTINE, P.C.** |
| (617) 354-8375 | One Boston Place |
| | Boston, MA  02108 |
| | (617) 367-2500 |

Dated:  October 7, 2005