UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

| | |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| TEDESCHI FOOD SHOPS, INC. and JOSEPH GREEN, Defendants. | ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the Defendant, Joseph Green, in the above-entitled action

>Joseph Green
>By his Attorneys
>
>/s/ John Welsh
>John F. Welsh BBO # 522640
>Bello, Black &Welsh LLP
>535 Boylston Street, Suite 1102
>Boston, MA  02116
>(617) 247-4100
>jwelsh@belloblack.com

Dated:  November 29, 2005