UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

| | |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TEDESCHI FOOD SHOPS, INC. and | ) |
| JOSEPH GREEN, | ) |
| Defendants. | ) |

**STIPULATION TO LIMIT THE BACK PAY
DAMAGES CLAIMED BY THE PLAINTIFF ABU MUSA**

Whereas, through the discovery process the defendant, Tedeschi Food Shops, Inc. ("Tedeschi"), has sought production of certain documents from the plaintiff, Abu Musa ("Musa"), including a franchise agreement that Musa has with 7-Eleven, Inc., and whereas, 7-Eleven, Inc. contends that the agreement contains confidential proprietary information and trade secrets; in order to obviate the need for Musa to produce the agreement, the Parties agree to the following stipulation to be entered on the docket of this matter:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT any and all claims for monetary damages attributable to lost income and benefits that Musa seeks from the defendants are cut off and cease as of October 11, 2005, the day on which Musa became a

franchisee of 7-Eleven, Inc. By entering this stipulation it is understood and agreed between the parties that Musa will not have to produce the franchise agreement with 7-Eleven, Inc. Nothing stated herein shall be construed as an admission or acknowledgement by the defendants that the plaintiff is entitled to any damages for any period of time.

| TEDESCHI FOOD SHOPS, INC. | JOSEPH GREEN |
| By its attorneys | By his attorneys |

 /s/ Gary M. Feldman                                   /s/ John F. Welsh
Lori A. Jodoin                                                John F. Welsh
BBO # 655840                                              BBO # 522640
DAVIS, MALM & D'AGOSTINE, P.C.        Bello, Black &Welsh LLP
One Boston Place                                         535 Boylston Street
Boston, MA  02108                                       Boston, MA 02116
(617) 367-2500                                              (617) 247-4100

ABU MUSA and MOHAMMED S. ISLAM
By their attorneys


 /s/ Leslie Greer
Leslie Greer BBO # 210700
875 Massachusetts Avenue
Cambridge, MA 02139
(617) 354-8375


Dated:  May 26, 2006

2

406245v.1