UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

| | |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM, <br> Plaintiffs, <br> v. <br> TEDESCHI FOOD SHOPS, INC. and <br> JOSEPH GREEN, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT EMERGENCY MOTION TO AMEND SCHEDULING ORDER TO MODIFY SUMMARY JUDGMENT SCHEDULE**

The parties hereby move the Court to amend the Scheduling Order as it relates to the time for filing summary judgment motions in order to provide that summary judgment motions be filed 30 days after the parties conclude the mediation process ordered by the Court. In support hereof, the parties state as follows:

1. By their complaint, the plaintiffs claim that the defendant, Tedeschi Food Shops, Inc. ("TFS"), discriminated against them on the basis of their national origin and religion in terminating their employment, in violation of Title VII of the Civil Rights Act and M.G.L. c. 151B. The plaintiffs further claim that the defendant, Joseph Green ("Green"), aided and abetted the discrimination of TFS, in violation of Title VII of the Civil Rights Act and M.G.L. c. 151B. The defendants deny the plaintiffs' claims.

2. The parties completed discovery on July 15, 2006.

3.   Pursuant to the terms of the Scheduling Order entered on October 13, 2005, motions for summary judgment are to be filed by August 16, 2006.

4.   On June 20, 2006, however, the Court entered an Order of Reference for Alternative Dispute Resolution, by which Order the parties were directed to submit three (3) agreeable mediation dates to the Court's ADR Program.

5.   By letter dated June 27, 2006, the parties proposed August 22, 23 or 24, 2006 for mediation.

6.   As of the present date, the mediation has not been scheduled.

7.   In view of the Court's order to ADR, the parties submit that it will be an inappropriate use of their resources, and counter-productive, to engage in the expensive and time consuming process of preparing summary judgment pleadings before the court ordered mediation.

WHEREFORE, the parties request that the schedule be amended to provide for the filing of summary judgment motions by no later than 30 days following the conclusion of the court-ordered mediation.

| | |
|---|---|
| TEDESCHI FOOD SHOPS, INC.<br>By its attorneys | JOSEPH GREEN<br>By his attorneys |
| /s/ Gary M. Feldman<br>Gary M. Feldman<br>BBO # 162070<br>DAVIS, MALM & D'AGOSTINE, P.C.<br>One Boston Place<br>Boston, MA  02108<br>(617) 367-2500 | /s/ John F. Welsh<br>John F. Welsh<br>BBO # 522640<br>Bello, Black &Welsh LLP<br>535 Boylston Street<br>Boston, MA 02116<br>(617) 247-4100 |

ABU MUSA and MOHAMMED S. ISLAM
By their attorneys


 /s/ Leslie Greer
Leslie Greer
BBO # 210700
875 Massachusetts Avenue
Cambridge, MA 02139
(617) 354-8375


Dated: July 24, 2006