UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11692WGY

|  |  |
|---|---|
| ABU MUSA and MOHAMMED S. ISLAM,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>TEDESCHI FOOD SHOPS, INC. and<br>JOSEPH GREEN,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Federal Rule 41(a), the parties hereby stipulate that all claims asserted in the within action by the plaintiffs, Abu Musa and Mohammed S. Islam, against the defendants, Tedeschi Food Shops, Inc. and Joseph Green be dismissed, with prejudice and without costs. All rights of appeal and claims for attorney's fees are hereby waived.

ABU MUSA and MOHAMMED S. ISLAM          TEDESCHI FOOD SHOPS, INC.
By their attorneys                                               By its attorneys,


 /s/ Leslie Greer                                                  /s/ Gary M. Feldman
Leslie Greer                                                       Gary M. Feldman
BBO # 210700                                                   BBO # 162070
875 Massachusetts Avenue                              Lori A. Jodoin
Cambridge, MA 02139                                     BBO # 655840
(617) 354-8375                                                  DAVIS, MALM & D'AGOSTINE, P.C.
                                                                           One Boston Place
                                                                           Boston, MA  02108
                                                                           (617) 367-2500

|  |  |
|---|---|
|  | JOSEPH GREEN<br>By his attorneys<br><br>/s/ John F. Welsh<br>John F. Welsh<br>BBO # 522640<br>BELLO, BLACK &WELSH LLP<br>535 Boylston Street<br>Boston, MA 02116<br>(617) 247-4100 |
| Dated:  October 10, 2006 |  |

2

417931v.1